IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| **v.** | **:** | |
| | **:** | |
| | **:** | |
| | **:** | NO.: 18-310-1 |
| HARVEY BLAKE | | |

**<u>MEMORANDUM RE: SENTENCING</u>**

**Baylson, J.**                                                    **February 24, 2022**

At the hearing on a petition for violation of supervised release filed by the Probation

Department of this Court, this case originated in the Middle District of Pennsylvania, but

supervision was transferred to the undersigned.  The Defendant, Harvey Blake, 62 years of

age, has a very upsetting criminal history.  Only counting the convictions considered timely

under the Sentencing Guidelines, Defendant has accumulated 27 criminal history points,

which may be a record for this Court, and clearly placed the Defendant in Category VI.

However, many prior convictions were not even counted because of their age.  In recent

years, all of Mr. Blake's convictions have been for relatively petty crimes such as shoplifting

or forgery.  At the hearing on February 24, 2022, Mr. Blake did not dispute any of these

facts, but asserted that he had a very difficult life and committed these crimes to provide

himself and his daily needs.  Of course, this is no excuse.  The Court thought it was

important that, for whatever additional prison time Mr. Blake should serve because of his

violations of supervised release imposed in the Middle District of Pennsylvania, there

should be an additional period of time where he would be under the supervision of the

Probation Department of this Court to provide assistance in his living arrangements and

prevention programs to help prevent Mr. Blake from being tempted for any additional

criminal behavior.  The Court hopes that Mr. Blake will cooperate with these measures and get the help that our Probation Department is able to provide to him.

**BY THIS COURT:**


**s/ Michael M. Baylson**
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**