IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | NO.: 18-310-1 |
| HARVEY BLAKE | | |

**ORDER REVOKING SUPERVISED RELEASE**

**AND NOW**, this 24th day of February, 2022 after hearing in open court sur violation of supervised release, with defendant and counsel being present, and the Court finding the defendant guilty of violation of supervised release, it is

**ORDERED AND ADJUDGED** that the order of supervised release entered in the above case is revoked; and it is

**FURTHER ORDERED AND ADJUDGED** that the defendant is committed to the custody of the Bureau of Prisons or his authorized representative for imprisonment for a period of 18 months, to be followed by Supervised Release for a period of 16 months. All conditions in the original Judgment and Commitment Order of March 14, 2016 to remain in effect. It is recommended to the Bureau of Prisons that defendant be designated to FCI Allenwood, Pennsylvania.

BY THE COURT:

s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, USDJ**

cc:  U.S. Marshal Service (2)
     Probation Office (1)
     Counsel

| 02/24/22 | Lori K. DiSanti |
|---|---|
| Date | By Whom |

Cr 5a (5/21)